| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| ANTONIO CHAVEZ, | No. 2:19−CV−00890−TLN−CKD PS |
| Plaintiff, | |
| v. | ORDER |
| DEL SOL FARM LABOR SERVICES INC., et al., | |
| Defendants. | |

On May 17, 2019, plaintiff filed the present action against defendants Del Sol Farm Labor Services, Inc. and Zenith Insurance. (ECF No. 1.) Plaintiff was instructed to complete service within 90 days of that date. (ECF No. 3.) The applicable deadline has now long passed, and with the record currently before the court it appears that no defendant has been served. (See ECF No. 5.) Additionally, plaintiff failed to appear at the initial scheduling conference in this matter. (ECF No. 6), although he later informed the court he was sick. (See ECF No. 7.)

The court has considered whether this action should be dismissed at this juncture for failure to prosecute. Nevertheless, in light of plaintiff's pro se status, and the court's desire to resolve the action on the merits, the court first attempts lesser sanctions by issuing an order to show cause.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within 14 days of the date of this order, plaintiff shall show cause in writing why this action should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) based on plaintiff's failure to comply with the court's order and failure to prosecute this case. Included in this writing should be the steps plaintiff has taken to effectuate service on the two named defendants.

2. Failure to timely comply with the terms of this order will result in a recommendation that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated: January 22, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16. Chavez.890